U.S. Department of Homeland Security
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS, VT 05479



# U.S. Citizenship and Immigration Services

Monday, May 18, 2020

KANG, CATHERINE
PORTER WRIGHT MORRIS ARTHUR LLP
41 S HIGH ST FL 31
COLUMBUS OH 43215

**ATTORNEY COPY**

RANJITHA SUBRAMANYA
███████████████ R
████████ E OH 43▓▓▓

Dear Ranjitha Subramanya:

On 05/04/2020, you or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Person who contacted us:** | Kang, Catherine |
| **Caller indicated they are:** | Attorney or Authorized Representative |
| **Attorney Name:** | KANG, CATHERINE |
| **Case type:** | I765 |
| **Filing date:** | 12/23/2019 |
| **Receipt #:** | LIN-██████████ |
| **Referral ID:** | SR11252000620NSC |
| **Beneficiary (if you filed for someone else):** | Information not available |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Non-Delivery of Employment Authorization Card |

The status of this service request is:

We are sending your case for review. It is not necessary to submit multiple requests for corrective action. Your request for a review of this application/petition will be completed as quickly as our resources allow. Please allow a minimum of 60 days for this office to request, receive and review the file.

------------------------------------

Online Services

To stay current on your case, we have tools to help you at www.uscis.gov/tools and my.uscis.gov, including:

Sign up for automatic case updates in myUSCIS: my.uscis.gov/account

Ask our virtual assistant Emma: www.uscis.gov/emma

Check your case status: www.uscis.gov/casestatus

Check processing times: www.uscis.gov/processingtimes

Address Changes: If you move, please visit www.uscis.gov/addresschange for information on how to update your address. Remember to update your address for all your receipt numbers.

If you try our online tools and still need help, please call the USCIS Contact Center at 800-375-5283 or 800-767-1833 (TDD) for the

Exhibit D

U.S. CIS - 05-18-2020 08:46 AM CDT - LIN-20-070-51061

hearing impaired).

Thank you for your inquiry. We appreciate your continued patience.

U.S. CIS - 05-18-2020 08:46 AM CDT - LIN-20-070-51061

Exhibit D

## Kang, Catherine C.

| | |
|---|---|
| **From:** | USCIS <USCIS-CaseStatus@dhs.gov> |
| **Sent:** | Wednesday, July 8, 2020 9:48 AM |
| **To:** | Kang, Catherine C. |
| **Subject:** | #EXT#  Your recent inquiry (receipt #LIN-20-█████1) (Attorney/paralegal copy of customer communication) |

#External Email#

U.S. Department of Homeland Security
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS,VT 05479

U.S. Citizenship and Immigration Services
Wednesday, July 8, 2020

Emailed to ckang@porterwright.com

Dear Ranjitha Subramanya:

On 06/26/2020, you or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

Person who contacted us:
-- Kang, Catherine

Caller indicated they are:
-- Attorney or Authorized Representative

Attorney Name:
-- KANG, CATHERINE

Case type:
-- I765

Filing date:
-- 12/23/2019

Receipt #:
-- LIN-█████████

Re

Beneficiary (if you filed for someone else):
-- Information not available

Your USCIS Account Number (A-number):

1

Exhibit D

-- Information not available

Type of service requested:
 -- Non-Delivery of Employment Authorization Card

The status of this service request is:

A review of U.S. Citizenship and Immigration Services (USCIS) records indicates your Form I-765, Application for Employment Authorization, was re-approved on July 6, 2020. As of the date of this letter, your Employment Authorization Document was in production. If you do not receive your card within 30 days, please contact the USCIS Contact Center at 1-800-375-5383.

We hope this information is helpful to you.
------------------------------------
Online Services

To stay current on your case, we have tools to help you at www.uscis.gov/tools and my.uscis.gov, including:
Sign up for automatic case updates in myUSCIS: my.uscis.gov/account
Ask our virtual assistant Emma: www.uscis.gov/emma
Check your case status: www.uscis.gov/casestatus
Check processing times: www.uscis.gov/processingtimes
Address Changes: If you move, please visit www.uscis.gov/addresschange for information on how to update your address. Remember to update your address for all your receipt numbers.
If you try our online tools and still need help, please call USCIS Contact Center at 800-375-5283 or 800-767-1833 (TDD for the hearing impaired).
Thank you for your inquiry. We appreciate your continued patience.

2

