UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RANJITHA SUBRAMANYA, individually and on behalf of a class of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.<br><br>Defendants. | Case No. _____<br><br>Judge _____ |

**[PROPOSED]**
**TEMPORARY RESTRAINING ORDER AND MANDATORY INJUNCTION**

The matter came before the Court pursuant to Plaintiff Ranjitha Subramanya's *Verified Complaint for Temporary Restraining Order, Preliminary and Permanent Injunctive Relief, Declaratory Relief And Writ of Mandamus* (Complaint) and *Plaintiff's Motion for Temporary Restraining Order and Mandatory Injunction* (Motion) on behalf of herself and a proposed class of similarly-situated aliens who are legally authorized to work in the United States but have not received the Employment Authorization Documents (EADs) that Defendants are legally required to print and provide to them.

WHEREAS, the Court has reviewed all materials submitted by the parties and held a hearing on Plaintiff's request for a temporary restraining order;

WHEREAS, the Court finds that Defendants received advance notice of Plaintiff's Complaint and Motion and had the opportunity to attend the hearing on Plaintiff's request for a temporary restraining order;



WHEREAS, the Court has considered and weighed whether Plaintiff has a strong probability of success on the merits of its Complaint, whether Plaintiff and members of the class she represents will suffer irreparable harm if immediate injunctive relief is not granted, whether immediate injunctive relief will cause substantial harm to others, and whether immediate injunctive relief will serve the public interest; and

WHEREAS, the Court finds that Plaintiff has demonstrated a clear right to receive the Employment Authorization Document from Defendants, and that it is appropriate and necessary to issue a mandatory injunction requiring that the Defendants issue, produce and deliver the Employment Authorization Document to Plaintiff within seven (7) calendar days;

WHEREAS, the Court finds further that Plaintiff is a proper representative of a class of individuals defined as "All aliens who reside in the United States and submitted an Application for Employment Authorization that was approved by USCIS, but did not receive an EAD" and that the class represented by Plaintiff is similarly entitled to relief and that it is therefore appropriate to issue a mandatory injunction requiring that the Defendants issue, produce and deliver the Employment Authorization Document to each member of the class within seven (7) calendar days;

**WHEREFORE**, the Court hereby issues a Temporary Restraining Order and Mandatory Injunction against Defendants United States Citizenship & Immigration Services,. Ken Cuccinelli, in his official capacity as Director of USCIS, and Ernest Destefano, in his official capacity as the Chief of the Office of Intake and Document Production, USCIS, to issue, produce and deliver an Employment Authorization Document to the Plaintiff and each member of the Class within seven (7) calendar days of this Order.

**IT IS SO ORDERED**

Date: _____     _____
                                                UNITED STATES DISTRICT COURT JUDGE

**Prepared By:**

s/ Robert H. Cohen
Robert H. Cohen, Trial Attorney (0009216)
Caroline H. Gentry (0066138)
David P. Shouvlin (0066154)
Porter Wright Morris & Arthur LLP
41 South High Street, Suites 2800-3200
Columbus, OH 43215
Telephone:  614.227.2066
Email:  rcohen@porterwright.com

Counsel for the Plaintiff

13505611v1