ROB PORTMAN
OHIO

# United States Senate
WASHINGTON, DC 20510

COMMITTEES:
FINANCE
FOREIGN RELATIONS
HOMELAND SECURITY
AND GOVERNMENTAL AFFAIRS
JOINT ECONOMIC COMMITTEE

June 2, 2020

Ranjitha Subramanya
c/o Catherine Kang
Porter, Wright, Morris & Arthur
4 S. High St., Suites 2800-3200
Columbus, Ohio 43215

Dear Ranjitha,

My office was recently contacted by the United States Citizenship and Immigration Services regarding your claim. Unfortunately, according to their officials, while your I-765 was approved on April 7, 2020, there are significant delays at this time in card production. USCIS is unable to expedite the production of EAD cards.

I regret that officials cannot be of further service at this time. I do appreciate you contacting me with your case. If I can be of further service to you in any way, please do not hesitate to contact my office. My casework hotline number is 1-800-205-OHIO (6446).

Sincerely,

*Rob Portman*

Rob Portman
U.S. Senator

Exhibit E

312 WALNUT STREET
SUITE 3425
CINCINNATI, OH 45202
PHONE: (513) 684-3265

1240 EAST 9TH STREET
SUITE 3061
CLEVELAND, OH 44199
PHONE: (216) 522-7095

448 RUSSELL SENATE OFFICE BUILDING
WASHINGTON, DC 20510
PHONE: (202) 224-3353

37 WEST BROAD STREET
SUITE 300
COLUMBUS, OH 43215
PHONE: (614) 469-6774

420 MADISON AVENUE
SUITE 1210
TOLEDO, OH 43604
PHONE: (419) 259-3895

www.portman.senate.gov

ROB PORTMAN
OHIO

# United States Senate
WASHINGTON, DC 20510

COMMITTEES:
FINANCE
FOREIGN RELATIONS
HOMELAND SECURITY
AND GOVERNMENTAL AFFAIRS
JOINT ECONOMIC COMMITTEE

July 21, 2020

Ranjitha Subramanya
c/o Catherine Kang
Porter, Wright, Morris & Arthur
4 S. High St., Suites 2800-3200
Columbus, Ohio 43215

Dear Ranjitha,

My office was recently contacted by the United States Citizenship and Immigration Services regarding your claim. Unfortunately, according to their officials, they are far behind in card production. We are aware that your I-765 was approved on April 7, 2020, however, USCIS says that they are unable to expedite the printing of your card.

I regret that officials cannot be of further service at this time. I do appreciate you contacting me with your case. If I can be of further service to you in any way, please do not hesitate to contact my office. My casework hotline number is 1-800-205-OHIO (6446).

Sincerely,

Rob Portman
U.S. Senator

Exhibit E

312 WALNUT STREET
SUITE 3425
CINCINNATI, OH 45202
PHONE: (513) 684-3265

1240 EAST 9TH STREET
SUITE 3061
CLEVELAND, OH 44199
PHONE: (216) 522-7095

448 RUSSELL SENATE OFFICE BUILDING
WASHINGTON, DC 20510
PHONE: (202) 224-3353

37 WEST BROAD STREET
SUITE 300
COLUMBUS, OH 43215
PHONE: (614) 469-6774

420 MADISON AVENUE
SUITE 1210
TOLEDO, OH 43604
PHONE: (419) 259-3895

www.portman.senate.gov