IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **RANJITHA SUBRAMANYA,** | : |
| | : |
| Plaintiff, | : |
| | : Case No. 2:20-CV-3707 |
| v. | : |
| | : CHIEF JUDGE ALGENON L. MARBLEY |
| **UNITED STATES CITIZENSHIP** | : |
| **AND IMMIGRATION SERVICES** | : Magistrate Judge Preston |
| **et al.,** | : |
| | : |
| Defendants. | : |

## ORDER SETTING 65.1 STATUS CONFERENCE

This case is set for a Status Conference pursuant to Local Rule 65.1 on **Wednesday, July 29, 2020 at 3:00 p.m.** before the Honorable Algenon L. Marbley, via video conference virtual courtroom.  The call-in information for interested parties, the media, or the general public is: 1-646-749-3112, Access Code 347-407-869. Invitation information for the GoToMeeting video conference will be sent to counsel of record.

At the Status Conference, the Court will address the Motion for Temporary Restraining Order and any issues necessary for a speedy and just resolution of the pending action.  This Order supersedes any prior orders setting a status conference.

**IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE**

**DATE:  June 23, 2020**