IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RANJITHA SUBRAMANYA | : |
| | : |
|     Plaintiff, | : CASE NO. 2:20-cv-03707 |
| | : |
|     v. | : CHIEF JUDGE ALGENON L. MARBLEY |
| | : |
| UNITED STATES CITIZENSHIP | : MAGISTRATE JUDGE ELIZABETH P. DEAVERS |
| and IMMIGRATION SERVICES, et al., | : |
| | : |
|     Defendants. | : |

**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS**

    Assistant United States Attorney Christopher R. Yates enters his appearance as counsel for Defendants, United States Citizenship and Immigration Services, et al.

                                       Respectfully submitted,

                                       DAVID M. DEVILLERS
                                       United States Attorney

                                       s/Christopher R. Yates
                                       CHRISTOPHER R. YATES (0064776)
                                       Assistant United States Attorney
                                       Counsel for Defendants
                                       303 Marconi Boulevard, Suite 200
                                       Columbus, Ohio 43215
                                       (614) 469-5715
                                       Christopher.Yates@usdoj.gov

CERTIFICATE OF SERVICE

   I hereby certify that a copy of the foregoing was filed on the 24th day of July 2020, using the Court's CM/ECF system, which will notify all counsel of record.

                                       s/Christopher R. Yates
                                       CHRISTOPHER R. YATES (0064776)
                                       Assistant United States Attorney