# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **RANJITHA SUBRAMANYA,** individually and on behalf of a class of those similarly situated, <br><br> Plaintiff, <br> vs. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al., <br><br> Defendant. | Case No. 2:20-CV-03707 <br><br> Judge Marbley <br><br> **DECLARATION OF WAJDI M. AMMARAH** |

Wajdi M. Ammarah respectfully states as follows:

1. My name is Wajdi M. Ammarah. I live in Tucson, Arizona.

2. I am a citizen of Libya and am currently in the United States pending a decision on my I-589, Application for Asylum.

3. I filed an application for employment authorization with USCIS on June 18, 2020. The application was based upon eligibility category (c)(8). My application was approved by USCIS on July 15, 2020.

4. I have not received the Employment Authorization Document (EAD) notwithstanding the approval of my application.

5. I have taken the following steps to inquire about the production of my EAD. (I have completed an E-Inquiry and called the USCIS Contact Center).

6. Because I have not had the EAD, I have suffered hardship as follows: I have been unable to apply for gainful employment, including a job that was offered to me at a local fast

food restaurant. Moreover, I have been unable to apply for a driver's license, to replace, my now expired international driver's license. Lastly, I have been unable to enroll in classes for the upcoming fall semester because I do not have documentation to establish my current legal status.

I declare under penalty of perjury that the above is true.

Executed on July 27, 2020.

_____
[Wajdi M. Ammarah]

13508840v1