# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **Ranjitha Subramanya, et al.** *individually and on behalf of a class of those similarly situated*, | : : : : |
| Plaintiffs, | : Case No. 2:20-CV-3707 : |
| v. | : Chief Judge Algenon L. Marbley : |
| **United States Citizenship and Immigration Services, et al.** | : Magistrate Judge Deavers : : |
| Defendants. | : |

## ORDER

This matter is before the Court on the Parties' Joint Motion to Continue the Preliminary Injunction Hearing. (ECF No. 45). On August 5, 2020, counsel for Plaintiffs and Defendants filed a request to continue the preliminary injunction hearing scheduled for August 10, 2020 until August 24, 2020 so that the parties will have time to negotiate a consent decree to resolve the claims at issue in Plaintiffs' complaint. *Id.* The parties have agreed that the temporary restraining order issued by this Court on August 3, 2020 will remain in effect until the conclusion of the preliminary injunction proceeding to take place on **August 24, 2020 at 9:30 a.m.** For good cause shown, this Court **GRANTS** the Parties' motion to continue. This Court hereby **ADOPTS** the timeline and associated deadlines set forth by the Parties in their motion, including, in relevant part, the following deadlines:

- Plaintiffs' motion to consolidate the preliminary injunction hearing with the trial on the merits: August 19, 2020;

- Defendants' memorandum in opposition to motion for class certification: August 19, 2020;

- Defendants' memorandum in opposition to motion for preliminary injunction: August 19, 2020;

- Plaintiffs' reply memorandum in support of motion for class certification: August 21, 2020;

- Plaintiffs' reply memorandum in support of motion for preliminary injunction: August 21, 2020.

**IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY**
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATE:  August 6, 2020**