IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RANJITHA SUBRAMANYA, individually and on behalf of a class of those similarly situated, et al., : : : | Case No. 2:20-CV-3707 |
| Plaintiffs, : : | Chief Judge Algenon L. Marbley |
| : | Magistrate Judge Deavers |
| vs. : : | |
| : | JOINT MOTION FOR MAGISTRATE |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al., : : | JUDGE MEDIATED NEGOTIATIONS FOR CONSENT ORDER |
| : | |
| Defendants. : | |

Counsel for the parties respectfully request his Honor assign or request the service of a Magistrate Judge to mediate the above-captioned action, on or between the dates of Tuesday, August 11, through Friday, August 14, 2020. The parties make this request pursuant to this Court's Order, (ECF No. 46), granting the Parties' Joint Motion to Continue the Preliminary Injunction Hearing, (ECF No. 45), "so that the parties will have time to negotiate a consent decree to resolve the claims at issue in Plaintiffs' complaint."

Counsel for the parties have established "benchmarks" or an outline to resolution of this action for which they request the mediation skills of this Court to negotiate final parameters/deadlines to each benchmark, for inclusion in a Consent Order.

This request is not made for purposes of, and will not result in delay, but, rather, is intended to serve the interest of all parties, conserve the resources of this Court, and advance judicial economy by exploring the opportunity for extra-judicial resolution as ordered by this Court pursuant to granting the Parties' Joint Motion to Continue the Preliminary Injunction Hearing. ECF No. 46.

Respectfully submitted,

DAVID M. DEVILLERS
United States Attorney

| | |
|---|---|
| s/Christopher R. Yates<br>CHRISTOPHER R. YATES (0064776)<br>Assistant United States Attorney<br>303 Marconi Boulevard, Suite 200<br>Columbus, Ohio 43215<br>E-mail: christopher.yates@usdoj.gov<br><br>*Attorney for Defendants* | s/Caroline H. Gentry<br>CAROLINE H. GENTRY (0066136)<br>Porter Wright Morris & Arthur LLP<br>One South Main Street, Suite 1600<br>Dayton, Ohio 45402<br>E-mail: cgentry@porterwright.com<br><br>and<br><br>Robert H. Cohen (0009216)<br>David P. Shouvlin (0066154)<br>Kirsten R. Fraser (0093951)<br>Porter Wright Morris & Arthur LLP<br>41 South High Street, Suites 2800-3200<br>Columbus, Ohio 43215<br>E-mail: rcohen@porterwright.com<br>E-mail: dshouvlin@porterwright.com<br>E-mail: kfraser@porterwright.com<br><br>and<br><br>Ana P. Crawford (0090581)<br>Porter Wright Morris & Arthur LLP<br>250 East Fifth Street, Suite 2200<br>Cincinnati, Ohio 45202<br>Email: acrawford@porterwright.com<br><br>*Attorneys for Plaintiffs* |