**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **RANJITHA SUBRAMANYA,** | : | |
| Plaintiff, | : | Civil Action 2:20-cv-3707 |
| v. | | **Chief Judge Algenon L. Marbley** |
| | : | **Chief Magistrate Judge Elizabeth P. Deavers** |
| **UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,** *et al.*, | : | |
| Defendants. | : | |

**NOTICE OF HEARING**

**TAKE NOTICE** that a Settlement Conference will be held before Chief Magistrate Judge Elizabeth A. Preston Deavers on **AUGUST 12, 2020** at **11:00 A.M**. by phone.  The Court will initiate the call.

Date: August 11, 2020

    *s/Sherry Nichols*
Sherry Nichols, Courtroom Deputy
(614) 719-3461
sherry_nichols@ohsd.uscourts.gov