IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RANJITHA SUBRAMANYA, individually and on behalf of a class of those similarly situated, et al., | : : : : : : : : : : : : | Case No. 2:20-CV-3707 <br><br> Chief Judge Algenon L. Marbley <br><br> Magistrate Judge Deavers <br><br> **DEFENDANTS' REPORT PURSUANT TO CONSENT ORDER (ECF No. 55), SEPTEMBER 30, 2020** |
| Plaintiffs, | | |
| vs. | | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al., | | |
| Defendants. | | |

In accordance with the Consent Order, proposed by the Parties, signed and entered by this Court, (ECF No. 54, filed 8/19/2020; ECF No. 55, filed 8/21/2020), Defendants submit the following Report for September 30, 2020, as described at Section IV. AGREED UPON TIMELINE, of that Consent Order[1]:

10. Subject to Section VI. 16. and 18., Defendants agree to comply with the following Benchmarks:

   a. By August 21, 2020, Defendants will provide Plaintiffs' Counsel and will file the aggregate data for the Putative Class Members. This data will include the aggregate number of Putative Class Members who are seeking an EAD based on a (c)(8) classification in Subclass 2. Defendants will provide Plaintiffs' Counsel and will file updated aggregate data on September 9, 2020 and September 30, 2020.

Pursuant to Section V. REPORTING, 13. and 14. of the Consent Order, and the results of the following Report for September 30, 2020, Defendants "will file a Report on October 9, 2020 and every 7 days thereafter until Defendants have Produced and Mailed EADs for all individuals on the Putative Class List." *See* ECF No. 55, PAGEID #: 460.

---

[1] All capitalized terms not defined herein are accorded the meanings ascribed to them in the Consent Order. ECF No. 55.

**Aggregate Data for Putative Class Members**
**Reporting of September 30, 2020**

**Total Putative Class Members**

On August 20, 2020, USCIS created the Putative Class List which it will use to provide the reports required under Section V of the Consent Order. On that date, there were a total of 45,565[2] receipt numbers meeting the definition of the two subclasses, as further identified below.

**EADs Not Yet Produced**

| Date | Subclass 1 | Subclass 2 All Categories | Subclass 2 (C08 Only) |
|---|---|---|---|
| **August 20, 2020** | 27,829 | 17,736 | 4,102 |

**EADs Produced**[3]

| Date | Subclass 1 | Subclass 2 All Categories | Subclass 2 (C08 Only) |
|---|---|---|---|
| **August 20, 2020** | 0 | 0 | 0 |
| **September 9, 2020** | 27,829 | 12,717 | 2,428 |
| **September 30, 2020** | 27,829[4] | 15,177[5] | 3,756[6] |

---

[2] This number represents the total number of receipt numbers meeting the definition of Putative Class Member. There could be more than one receipt number associated with an individual Putative Class Member.

[3] The term Putative Class Member means an alien who resides in the United States, who has submitted a Form I-765 to USCIS, whose Form I-765 USCIS approved on or after December 1, 2019, and whose Employment Authorization Document has not been Produced at the time the Putative Class List was generated. Accordingly, at the time the Putative Class List was generated on August 20, 2020, USCIS had not yet produced any EADs for the Putative Class Members. Importantly, by August 20, 2020, USCIS had Produced EADs for all Plaintiffs.

[4] USCIS produced all Subclass 1 EADs within 7 business days of the execution of the Consent Order by Defendants' Counsel and Plaintiffs' Counsel. Initially, there were 131 EADs that did not meet the USCIS quality assurance standards for card production (e.g., photo too light, photo too dark). See Consent Order Section IV.11.a. Since that time, USCIS has been working to correct the defects identified for these EADs. As of September 30, 2020, the defect in all but 4 of these EADs have been corrected and the EADs were Produced.

[5] Of the 15,177 Subclass 2 EADs produced, more than 98 percent were produced within 7 business days of biometric capture. As of September 30, 2020, 15 of the produced EADs do not meet the USCIS quality assurance standards for card production (e.g., photo too light, photo too dark). See Consent Order Section IV.11.a. USCIS is working to correct these defects.

[6] Of the 3,756 Subclass 2 C08 EADs produced, more than 99 percent were produced within 7 business days of biometric capture. As of September 30, 2020, 6 of the produced EADs do not meet the USCIS quality assurance standards for card production (e.g., photo too light, photo too dark). See Consent Order Section IV.11.a. USCIS is working to correct these defects.

Respectfully submitted,

DAVID M. DEVILLERS
United States Attorney

s/Christopher R. Yates
CHRISTOPHER R. YATES (0064776)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
E-mail: christopher.yates@usdoj.gov

*Attorney for Defendants*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed on the 30th day of September 2020, using the Court's CM/ECF system, which will notify all counsel of record.

s/Christopher R. Yates
CHRISTOPHER R. YATES (0064776)
Assistant United States Attorney