IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RANJITHA SUBRAMANYA, individually and on behalf of a class of those similarly situated, et al., | : : : : : : : : : : : : | Case No. 2:20-CV-3707 |
| | | Chief Judge Algenon L. Marbley |
| Plaintiffs, | | |
| | | Magistrate Judge Deavers |
| vs. | | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al., | | **DEFENDANTS' REPORT PURSUANT TO CONSENT ORDER (ECF No. 55), OCTOBER 16, 2020** |
| Defendants. | | |

In accordance with the Consent Order,[1] proposed by the Parties, signed and entered by this Court, (ECF No. 54, filed 8/19/2020; ECF No. 55, filed 8/21/2020), Defendants submit the following Report for October 16, 2020, as described at Section V. REPORTING, specifically paragraphs 13., and 14., wherein Defendants "will file a Report on October 9, 2020 and every 7 days thereafter until Defendants have Produced and Mailed EADs for all individuals on the Putative Class List." *See* ECF No. 55, PAGEID #: 460.

Defendants will file another Report on October 23, 2020 and/or the Final Certification as defined at ECF No. 55, PAGEID #: 455, and Section VII. TERMINATION OF OBLIGATIONS, paragraph 19. at PAGEID #: 461.  Defendants direct counsel and this Court to USCIS' website https://www.uscis.gov/i-9-central/form-i-9-verification-during-ead-production-delays-due-to-covid-19 evidencing that Section III. INTERIM RELIEF of the Consent Order, (PAGEID #: 456-57), has been significantly extended from **October 15, 2020**, to presently state, verbatim: "Employees may present their Form I-797 Notice of Action showing approval of their I-765 application as a list C document for Form I-9 compliance until **December 1, 2020**."  Emphasis added.

---

[1] All capitalized terms not defined herein are accorded the meanings ascribed to them in the Consent Order. ECF No. 55.

**Aggregate Data for Putative Class Members**
**Reporting of October 16, 2020**

**Total Putative Class Members**

On August 20, 2020, USCIS created the Putative Class List which it used to provide the reports required under Section V of the Consent Order. On that date, there were a total of 45,565[2] receipt numbers meeting the definition of the two subclasses, as further identified below.

**EADs Not Yet Produced**

| Date | Subclass 1 | Subclass 2 All Categories | Subclass 2 (C08 Only) |
|---|---|---|---|
| August 20, 2020 | 27,829 | 17,736 | 4,102 |

**EADs Produced**[3]

| Date | Subclass 1 | Subclass 2 All Categories | Subclass 2 (C08 Only) |
|---|---|---|---|
| August 20, 2020 | 0 | 0 | 0 |
| September 9, 2020 | 27,829 | 12,717 | 2,428 |
| September 30, 2020 | 27,829 | 15,177 | 3,756 |
| October 9, 2020 | 27,829 | 15,269 | 3,777 |
| October 16, 2020 | 27,829[4] | 15,857[5] | 3,778[6] |

---

[2] This number represents the total number of receipt numbers meeting the definition of Putative Class Member. There could be more than one receipt number associated with an individual Putative Class Member.

[3] The term Putative Class Member means an alien who resides in the United States, who has submitted a Form I-765 to USCIS, whose Form I-765 USCIS approved on or after December 1, 2019, and whose Employment Authorization Document has not been Produced at the time the Putative Class List was generated. Accordingly, at the time the Putative Class List was generated on August 20, 2020, USCIS had not yet produced any EADs for the Putative Class Members. Importantly, by August 20, 2020, USCIS had Produced EADs for all Plaintiffs.

[4] USCIS produced all Subclass 1 EADs within 7 business days of the execution of the Consent Order by Defendants' Counsel and Plaintiffs' Counsel. Initially, there were 131 EADs that did not meet the USCIS quality assurance standards for card production (e.g., photo too light, photo too dark). See Consent Order Section IV.11.a. Since that time, USCIS has been working to correct the defects identified for these EADs. As of October 16, 2020, the defect in all but 2 of these EADs have been corrected and the EADs were Produced.

[5] Of the 15,857 Subclass 2 EADs produced, more than 98 percent were produced within 7 business days of biometric capture. As of October 16, 2020, 29 of the produced EADs do not meet the USCIS quality assurance standards for card production (e.g., photo too light, photo too dark). See Consent Order Section IV.11.a. USCIS is working to correct these defects.

[6] Of the 3,778 Subclass 2 C08 EADs produced, more than 99 percent were produced within 7 business days of biometric capture. As of October 16, 2020, 2 of the produced EADs do not meet the USCIS quality assurance standards for card production (e.g., photo too light, photo too dark). See Consent Order Section IV.11.a. USCIS is working to correct these defects.

**Subclass 2 – Additional Information for October 16, 2020**

| PRC Produced[7] | Denied[8] | Reopened[9] | Administratively Closed[10] | No Shows[11] |
|---|---|---|---|---|
| 67 | 14 | 382 | 99 | 177 |

---

[7] USCIS produced the Form I-551, Permanent Resident Card (PRC), in lieu of the EAD.  The PRC is evidence of lawful permanent resident status and is an acceptable document proving both identity and employment authorization; accordingly, USCIS will not be producing an EAD in these cases.

[8] USCIS reopened and denied certain cases.  For example, in some cases:

- The approval of the Form I-765, Application for Employment Authorization, was based on the filing of a Form I-485, Application to Register Permanent Residence or Adjust Status.  When the Form I-485 is ultimately denied, the basis for employment authorization no longer exists; accordingly, a Notice of Intent to Revoke is issued informing the applicant that employment authorization is revoked in 15 days, absent submission of countervailing evidence.

- The individual filed the Form I-765 based on an Application for Asylum and for Withholding of Removal, Form I-589.  The I-765 was approved in error as duplicative <u>after</u> the Form I-589 had already been approved.  These individuals would have been issued EADs with the approval of the Form I-589.

[9] USCIS reopened some cases because it determined that the available photo did not meet USCIS quality assurance standards and could not be corrected by USCIS.  When an acceptable photograph is obtained, the EAD will be expeditiously produced.

[10] USCIS administratively closed some cases for the following reasons:  an EAD was already produced in connection with another receipt number; the EAD would have been expired upon production; or a notice was returned as undeliverable and USCIS does not have an updated address for the individual.

[11] Pursuant to Section IV.10.c.iii of the Consent Order, all obligations under the Consent Order shall be considered fulfilled for a Putative Class Member who fails to appear at a second scheduled ASC appointment.  The cases reported in this column have had at least 2 ASC appointments where the individual failed to appear.  If these individuals appear at future ASC appointments, their cards will be produced in the regular course of business.

Respectfully submitted,

DAVID M. DEVILLERS
United States Attorney

s/Christopher R. Yates
CHRISTOPHER R. YATES (0064776)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
E-mail: christopher.yates@usdoj.gov

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed on the 16th day of October 2020, using the Court's CM/ECF system, which will notify all counsel of record.

s/Christopher R. Yates
CHRISTOPHER R. YATES (0064776)
Assistant United States Attorney