IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RANJITHA SUBRAMANYA, individually and on behalf of a class of those similarly situated, et al., | Case No. 2:20-CV-3707 |
| Plaintiffs, | Chief Judge Algenon L. Marbley |
| vs. | Chief Magistrate Judge Elizabeth Preston Deavers |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al., | **JOINT MOTION TO AMEND CONSENT ORDER (ECF NO. 55)** |
| Defendants. | |

The parties hereby respectfully request an amendment to this Court's Consent Order, ECF No. 55, altering only the time-spans represented in "III. INTERIM RELIEF," and "V. REPORTING, 14."[1]

Upon filing of "Defendants' Report Pursuant to Consent Order (ECF No. 55), November 20, 2020," and communication pursuant to same, counsel for the parties, on consent of their clients, acknowledge that of the 45,565 receipt numbers comprising the entirety of the Putative Class[2], just 260 remain subject to the Consent Order.  They include 159 reopened cases where Defendants have requested, but not yet received, a usable photo so as to proceed to EAD production; and 101 cases waiting to attend a previously scheduled Application Service Center (ASC) appointment or waiting for a rescheduled ASC appointment after the Putative Class Member requested to reschedule an appointment or failed to appear at a previously scheduled appointment.  *See* ECF No. 65.

From Defendants' filing of ECF No. 65, November 20, 2020, until this Court's order approving Defendants' Final Certification, Defendants advise that, while *scheduling* and *capturing*

---

[1] "XI. MISCELLANEOUS, 26.," to the extent it declares that the "Consent Order constitutes the full and complete agreement among the Parties…," will require the sentence fraction, "…excepting subsequent amendments by this Court, jointly advocated by the parties and their counsel."
[2] All capitalized terms not defined herein are accorded the meanings ascribed to them in the Consent Order, ECF NO. 55.

*biometrics* will proceed at rapid pace, week-by-week EAD *production*—the aggregating data in the weekly reports—may be minimal.  *See* ECF No. 55, Section V.14, "subject to Section IV.10.c.iii."

The parties therefore agree to alter the reporting requirement to bi-weekly, with the next reporting date being Friday, December 4, 2020.  *Id.*

The parties acknowledge that the Putative Class Members remaining to receive their EADs may not have them before the expiration of the interim relief deadline presently set for December 1, 2020.  *See* ECF No. 64, PAGEID #:497; *see also*, ECF No. 55, Section III, PAGEID #: 456-57.  Consequently, after filing of this Joint Motion to Amend Consent Order, Defendants agree to post a notice on USCIS' website, substantially to include the current posting, however extending the Interim Relief through February 1, 2021.

Pursuant to this Court's Local Civil Rule 7.3(b), counsel for Defendants consulted with counsel for Plaintiffs, to which counsel for Plaintiffs have contributed to the drafting of this Joint Motion to Amend Consent Order, indicated that they agree, and thus join herein.

Respectfully submitted,

DAVID M. DEVILLERS
United States Attorney

s/Christopher R. Yates
CHRISTOPHER R. YATES (0064776)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
E-mail: christopher.yates@usdoj.gov

*Attorney for Defendants*

s/Caroline H. Gentry
CAROLINE H. GENTRY (0066136)
Porter Wright Morris & Arthur LLP
One South Main Street, Suite 1600
Dayton, Ohio 45402
E-mail: cgentry@porterwright.com

and

Robert H. Cohen (0009216)
David P. Shouvlin (0066154)
Kirsten R. Fraser (0093951)
Porter Wright Morris & Arthur LLP

          41 South High Street, Suites 2800-3200  
          Columbus, Ohio 43215  
          E-mail: rcohen@porterwright.com  
          E-mail: dshouvlin@porterwright.com  
          E-mail: kfraser@porterwright.com

and

Ana P. Crawford (0090581)  
Porter Wright Morris & Arthur LLP  
250 East Fifth Street, Suite 2200  
Cincinnati, Ohio 45202  
Email: acrawford@porterwright.com

*Attorneys for Plaintiffs*