IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **RANJITHA SUBRAMANYA** *individually and on behalf of a class of those similarly situated, et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,** *et al.*, <br><br> **Defendants.** | Case No. 2:20-CV-3707 <br><br> Chief Judge Algenon L. Marbley <br><br> Magistrate Judge Elizabeth Preston Deavers |

### ORDER

This matter is before the Court on the parties' Joint Final Certification pursuant to the Consent Order. (ECF No. 72). Pursuant to § VI of the Consent Order, the parties request an Order from this Court approving Defendants' Final Certification. It is hereby **STIPULATED** and **AGREED** by and between the parties that this action is dismissed with prejudice, and Defendants' Final Certification is **APPROVED**. Pursuant to §§ VII, and VIII of the Consent Order, this Court's jurisdiction is **TERMINATED** and Plaintiffs' claims are **DISMISSED WITH PREJUDICE**. (ECF Nos. 54, 55, 66, and 67).

**IT IS SO ORDERED.**

_____
ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

**DATED: March 17, 2021**