**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN CIVIL CASE

| | |
|---|---|
| **RANJITHA SUBRAMANYA** *individually and on behalf of a class of those similarly situated, et al.*, | |
| **Plaintiffs,** | Case No. 2:20-CV-3707 |
| v. | Chief Judge Algenon L. Marbley |
| **UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,** *et al.*, | Magistrate Judge Elizabeth Preston Deavers |
| **Defendants.** | |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED that pursuant to the March 17, 2021 Order, the Court **APPROVED** the Joint Final Certification pursuant to the Consent Order. This case is **DISMISSED with prejudice.** This Court's jurisdiction is terminated.

**Date: March 17, 2021**                   **Richard W. Nagel, Clerk**

                                                                   s/Betty L. Clark
                                                            Betty L. Clark/Deputy Clerk